UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert Lee ARBAUGH, Defendant–
Appellant.

No. 14–10068.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2014.*

Filed Aug. 19, 2014.

Daniel Gerard Bogden, Esquire, U.S., John Gregory Damm, Esquire, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of The U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

MEMORANDUM **

Robert Lee Arbaugh appeals from the district court's judgment and challenges the 9–month sentence imposed upon revocation of supervised release. We have ju-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

risdiction under 28 U.S.C. § 1291, and we affirm.

Arbaugh contends that his sentence is substantively unreasonable in light of the "minor" nature of his violations of supervised release. To the contrary, the violations were not minor and the district court did not abuse its discretion in imposing Arbaugh's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Arbaugh's breach of the district court's trust. *See United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**